IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**BRIAN CARPENTER, D.P.M**. (01)<br>**JERRY HAWRYLAK** (02) | NO.  19-CR-452-X |

# PROTECTIVE ORDER LIMITING DISCLOSURE OF DISCOVERY MATERIALS

Before the Court is the government's unopposed motion for a Protective Order limiting disclosure of discovery materials, filed on October 2, 2019. The Court finds that good cause has been established to restrict disclosure and handling of discovery in this case and that this Protective Order is a reasonable measure that protects the rights of the defendants, the public, and witnesses involved in this case. After consideration, the Court determines that the motion should be and is hereby **GRANTED**. Therefore, pursuant to Rules 16 and 49.1 of the Federal Rules of Criminal Procedure, and the inherent authority of this Court, I hereby **ORDER** the following:

That any discovery materials (or any copies thereof) provided by the government to the defense:

a. are not to be discussed with nor disclosed to anyone other than the named defendants, this Court, defendants' attorneys of record, and staff of defendants' attorneys of record, including investigators, paralegals, expert witnesses, and other contracted agents associated with the attorneys of record for purposes of defense preparation (the "Defense Team") and witnesses;

**Protective Order Limiting Disclosure of Discovery Materials—Page 1**

b. will not be copied, except to the extent needed as exhibits for trial, pretrial hearings, or pleadings, or as counsel's working copies (including copies for counsel's experts or agents);

c. will not be shared outside of the defendant's counsel's office, defense expert's office, or correctional facility library with any person not employed by, or an agent of defendant's counsel;

d. will not be provided to, or kept by, a defendant, except that defendant's counsel, or agent of defendant's counsel, may show discovery to a defendant as described in (c);

e. will not be provided to, or kept by, a witness, except that defendant's counsel, or agent of defendant's counsel, may show discovery to a witness as described in (c), and at a witness's attorney's office or the witness's usual place of work or residence; and

f. any attorney of record who is retained or appointed to represent a defendant or who is later relieved of representation of a defendant is bound by the terms of this Order unless excused from its terms by Court Order.

Signed and entered this 9th day of October, 2019.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

**Protective Order Limiting Disclosure of Discovery Materials—Page 2**