UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | Case No. 3:19-CR-452-X |
| VS. | § | |
| | § | |
| | § | |
| BRIAN CARPENTER (1) | § | |

## ORDER

Before the Court are defendant Brian Carpenter's various motions for the government to disclose evidence (Doc. Nos. 42, 43, 45, 46, 47, 48, and 49). In response, the government represented that, as to the request to disclose prospective juror information (Doc. No. 43), the government possesses none (Doc. No 51). As to the remaining requests, the government asserts that is has and will continue to comply with its discovery obligations (Doc. No. 52).

Accordingly, the Court hereby DENIES the motions without prejudice. If, at a future point, the government violates its discovery obligations, Carpenter may make an appropriate filing.

Signed the 8th day of January, 2020.

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE