## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | DOCKET NO. 3:19-CR-00452-X |
| | § | |
| BRIAN CARPENTER | § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION TO APPOINT COORDINATING DISCOVERY ATTORNEY

On this day, came on to be considered the Defendants' Unopposed Joint Motion to Appoint Coordinating Discovery Attorney (Dkt. No. 60). Upon consideration of the same, the Court is of the opinion that the Defendants' Motion is meritorious and shall be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that the Office of the Federal Public Defender is hereby appointed as the coordinating discovery attorney in this matter.

**SO ORDERED.**

**Signed this 8th day of June, 2020.**

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE