UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN CARPENTER (1)<br>JERRY HAWRYLAK (2)<br><br>　　　　　　　Defendants. | §<br>§<br>§　3:19-CR-00452-X<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

Before the Court is Defendant Brian Carpenter and Jerry Hawrylak's Joint Motion to Continue Trial (the "Motion") (Doc. No. 63), filed on June 17, 2020.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i).

The Court finds that Counsel needs additional time to review additional discovery to be produced in this case. The existing trial date in this case of August 10, 2020 would deny counsel for the defendants the reasonable time necessary for effective preparation of the defense. 18 U.S.C. § 3161(h)(7)(B). The likely result would be an inability to continue the proceeding and a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).   Therefore, the Court **GRANTS** the Motion.

Accordingly, it is **ORDERED** that the trial of the case is reset from **August 10, 2020** to **Monday, December 7, 2020 at 9:00 a.m.**  The period of delay shall be excluded in computing the time within which the trial must commence.

Pretrial motions must be filed no later than **October 19, 2020** and all responses, including responses to any previously pending motions, no later than **October 26, 2020**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial," "expert," or "fact," as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **November 27, 2020**.

Pretrial Conference is hereby scheduled for **Monday November 30, 2020 at 10:00 a.m.** The defendant need not be present for the Pretrial Conference.

**Signed this 23rd day of July, 2020.**

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE